

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO HERNANDEZ, | § | No.08-19-00276-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. Three |
| ALBERTO ENRIQUE HERNANDEZ, and REYNALDO AARON MORALES, | § | of El Paso County, Texas |
| | § | (TC#2018-CCV-01804) |
| Appellees. | | |

## **O R D E R**

The Court has considered the Appellant's Po Se Motion for Rehearing, and concludes that the motion should be denied. Accordingly, it is ORDERED that said motion be and it is hereby denied.

IT IS SO ORDERED THIS 17TH DAY OF MARCH, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.